IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 14-20026

D.C. Docket No. 4:12-CR-168-1

United States Court of Appeals
Fifth Circuit
**FILED**
April 14, 2016
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

   Plaintiff - Appellee

v.

DARREN DAVID CHAKER, also known as Darren Del Nero, also known as Darrin Shackler,

   Defendant - Appellant

   Appeal from the United States District Court for the
     Southern District of Texas, Houston

Before STEWART, Chief Judge, OWEN and COSTA, Circuit Judges.

J U D G M E N T

  This cause was considered on the record on appeal and was argued by counsel.

  It is ordered and adjudged that the judgment of the District Court is affirmed.